No. 96-6254. HOUGHTELING v. HUTCHINSON. Ct. App. Mich. Certiorari denied.

No. 96-6261. HAIN v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 96-6262. IRVING v. CITY OF COLLEGE STATION ET AL. C. A. 5th Cir. Certiorari denied.

No. 96-6267. SMITH v. PUCKETT ET AL. Sup. Ct. Miss. Certiorari denied.

No. 96-6269. OMOIKE v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 96-6270. WILLIAMS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96-6272. TOERPER v. TROTTER ET AL. C. A. 5th Cir. Certiorari denied.

No. 96-6273. WANZER v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 96-6274. ALLARD v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 96-6277. GRAHAM v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 96-6281. GLANT v. GLANT. Sup. Ct. Fla. Certiorari denied.

No. 96-6282. DAVIS v. GOORD, ACTING COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES, ET AL. C. A. 2d Cir. Certiorari denied.

No. 96-6283. MUHAMMAD v. NUCHIA. C. A. 5th Cir. Certiorari denied.

No. 96-6287. BELCHER v. LESLEY ET AL. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 96-6292. AARON v. CUNNINGHAM ET AL. C. A. 3d Cir. Certiorari denied.